IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DOMINGO MARTINEZ-DELEON,

    Petitioner,

v.

CAROL HOLINKA, Warden
FCI Oxford,

    Respondent.

JUDGMENT IN A CIVIL CASE

Case No. 09-cv-501-bbc

This action came for consideration before the court with DISTRICT JUDGE BARBARA B. CRABB presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

that judgment is entered dismissing petitioner's petition for a writ of habeas corpus.

_Peter Oppeneer_       1/27/10
Peter Oppeneer, Clerk of Court      Date